# Court of Appeals
# of the State of Georgia

ATLANTA, November 17, 2017

*The Court of Appeals hereby passes the following order*

**A18D0156. MORRIS EDWIN HARRISON v. RENEE ALYSON FARWELL HARRISON.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2009CV17168



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, November 17, 2017.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.